**Fill in this information to identify your case:**

Debtor 1    **Korto**            **Nyemadah**            **Hare**
            First Name           Middle Name             Last Name

Debtor 2
(Spouse, if filing)    First Name    Middle Name    Last Name

United States Bankruptcy Court for the:    **Northern**    District of    **Texas**

Case number (if    **25-40689-13**
known)

☑ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|

**2.1** **Mr Cooper/United Wholesale Mortgage**

Creditor's Name

**Attn: Bankruptcy**

**PO Box 619098**

Number        Street

**Dallas, TX 75261-9741**

City        State        ZIP Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred    **5/1/2018**

Describe the property that secures the claim:    | **$219,649.00** | **$410,000.00** | **$0.00** |

| **3524 Paladin Pl Fort Worth, TX 76137-6611** |

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Last 4 digits of account number    **7  1  9  9**

Add the dollar value of your entries in Column A on this page. Write that number here:    | **$219,649.00** |

| Debtor 1 | **Korto** | **Nyemadah** | **Hare** | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | Case number *(if known)* **25-40689-13** |

| **Part 1:** | **Additional Page** | | Column A | Column B | Column C |
|---|---|---|---|---|---|
| | After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | | Amount of claim | Value of collateral that supports this claim | Unsecured portion |
| | | | Do not deduct the value of collateral. | | If any |

---

**2.1**

**Mr Cooper/United Wholesale Mortgage (post petition arrearage)**

Creditor's Name

**Attn: Bankruptcy**

**PO Box 619098**

Number          Street

**Dallas, TX 75261-9741**

City          State          ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

Date debt was incurred          **5/1/2018**

Describe the property that secures the claim:

**3524 Paladin Pl Fort Worth, TX 76137-6611**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)          _____

Last 4 digits of account number          **7   1   9   9**

| Amount of claim | Value of collateral | Unsecured portion |
|---|---|---|
| **$6,070.00** | **$410,000.00** | **$0.00** |

---

**2.1**

**Mr Cooper/United Wholesale Mortgage (arrearage)**

Creditor's Name

**Attn: Bankruptcy**

**PO Box 619098**

Number          Street

**Dallas, TX 75261-9741**

City          State          ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

Date debt was incurred          **5/1/2018**

Describe the property that secures the claim:

**3524 Paladin Pl Fort Worth, TX 76137-6611**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)          _____

Last 4 digits of account number          **7   1   9   9**

| Amount of claim | Value of collateral | Unsecured portion |
|---|---|---|
| **$33,654.00** | **$410,000.00** | **$0.00** |

---

| Add the dollar value of your entries in Column A on this page. Write that number here: | **$0.00** |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | |

Official Form 106D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**

Debtor 1 | **Korto** | **Nyemadah** | **Hare**
First Name | Middle Name | Last Name

Case number *(if known)* **25-40689-13**

| Part 1: | **Additional Page** | Column A | Column B | Column C |
|---|---|---|---|---|
| | After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** | **Unsecured portion** If any |

---

**2.2** **NAVY FCU**

Creditor's Name

**Attn: Bankruptcy**

**PO Box 3000**
Number     Street

**Merrifield, VA 22119-3000**
City        State     ZIP Code

| | Column A | Column B | Column C |
|---|---|---|---|
| | **$48,043.00** | **$36,925.00** | **$11,118.00** |

Describe the property that secures the claim:

**2023 Honda Odyssey**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Date debt was incurred     **8/1/2023**     Last 4 digits of account number   **5   0   8   3**

---

**2.3** **Velocity Commercial Capital LLC**

Creditor's Name

**2945 Townsgate Rd Ste 110**
Number     Street

**Westlake Vlg, CA 91361-5865**
City        State     ZIP Code

| | Column A | Column B | Column C |
|---|---|---|---|
| | **unknown** | **$460,000.00** | **$0.00** |

Describe the property that secures the claim:

**7000 Northeast Loop 820, North Richland Hills, Texas 76180**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Date debt was incurred _____     Last 4 digits of account number   ___  ___  ___  ___

---

| Add the dollar value of your entries in Column A on this page. Write that number here: | **$48,043.00** |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | **$267,692.00** |

Debtor 1    **Korto**      **Nyemadah**      **Hare**         Case number *(if known)* **25-40689-13**

First Name       Middle Name       Last Name

| Part 2: | List Others to Be Notified for a Debt That You Already Listed |
|---|---|

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

___

☐ 1.   **MRLP, LLC**

Name

**1320 Greenway Dr Ste 780**

Number      Street

**Irving, TX 75038-2550**

City      State      ZIP Code

On which line in Part 1 did you enter the creditor? **2.3**

Last 4 digits of account number   ___ ___ ___ ___

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Korto** | **Nyemadah** | **Hare** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Northern District of Texas** | |
| Case number (if known) | **25-40689-13** | | |

☑ Check if this is an amended filing

## Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

**12/15**

**If two married people are filing together, both are equally responsible for supplying correct information.**

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119)*.

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X  **/s/ Korto Nyemadah Hare**
   Korto Nyemadah Hare, Debtor 1

   Date **03/18/2025**
   MM/ DD/ YYYY