Matthew F. Wegner
9500 Ray White Road
Suite 200
Fort Worth, TX 76244
817-494-3344
matthew@attorneywegner.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| **IN RE:** | § § § § § § § | Case No: 25-40689 |
| Korto Nyemadah Hare | | |
| Debtor | | |

## RESPONSE OPPOSED TO TRUSTEE'S NOTICE OF INTENT TO DISMISS FOR FIRST PAYMENT

TO THE HONORABLE BANKRUPTCY JUDGE:

COMES NOW, Korto Nymadah Hare, DEBTOR AND RESPONDENT IN the above-styled and numbered cause and files this their Response Opposed to the Trustee's Notice of Intent to Dismiss For First Payment.

Debtor would respectfully show:

1. Debtors filed a voluntary petition for relief under Chapter 13 of Bankruptcy Code on February 27, 2025.

2. Debtor's first payment is currently processing on TFS for 3/28/2025. It should be posted to the trustee by 4/3/2025.

3. Debtor requests that Notice of Intent to Dismiss be set for hearing.

WHEREFORE, Premises Considered, Respondent prays Trustee's Notice of Intent to Dismiss be denied and for any such other and further relief in law and equity as the Court deems

just.

Dated: April 2, 2025

                                      Respectfully submitted,

/s/Matthew F. Wegner
Matthew F. Wegner
SBOT 24031234
9500 Ray White Road, Suite 200
Fort Worth, TX 76244
817-494-3344
matthew@attorneywegner.com