**OFFICE OF THE STANDING CHAPTER 13 TRUSTEE**
**6851 N.E. Loop 820, Suite 300**
**North Richland Hills, TX 76180-6608**
**(817) 770-8500**
**(817) 498-1362 FAX**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NUMBER: 25-40689-ELM** |
| | § | |
| **KORTO NYEMADAH HARE** | § | **CHAPTER 13** |
| | § | |
| **DEBTOR** | § | **JUDGE EDWARD L MORRIS** |
| | § | |
| | § | **COURT HEARING: Thursday,** |
| | § | **June 5, 2025 at 8:30 AM** |
| | § | |

---

**MOTION TO DISMISS FOR FAILURE TO OBTAIN TIMELY CONFIRMATION**
**AND NOTICE OF COURT HEARING THEREON**
**(DELAY)**

---

Now comes Tim Truman, Standing Chapter 13 Trustee and files this motion pursuant to Section 1307 (c) of the Bankruptcy Code and Bankruptcy Rule 9014, and would respectfully show unto the Court as follows:

This case should be **DISMISSED** for the following cause:

1. Debtor has caused an unreasonable delay prejudicial to creditors per U .S.C. 1307 (c)(1).

2. The case was filed on February 27, 2025.

3. The Confirmation hearing has been continued one or more times .

4. Debtor's failure to obtain timely confirmation is prejudicial to creditors .

**WHEREFORE**, your Trustee prays that after notice and hearing , this Chapter 13 case be **DISMISSED**.

/s/ Tim Truman

Tim Truman, Trustee/State Bar # 20258000
OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
6851 N.E. Loop 820, Suite 300
North Richland Hills, TX 76180-6608
(817) 770-8500
(817) 498-1362 FAX

**NOTICE OF COURT HEARING TO THE DEBTOR AND DEBTOR'S ATTORNEY OF RECORD:**

You are hereby notified of the filing of the foregoing Trustee's Motion to Dismiss for Failure to Obtain Timely Confirmation and Notice of Court Hearing.  If a written Response or Objection to the Trustee's Motion is filed with the Court prior to docket call, then this matter will be called at the docket call to be held at **8:30 AM on 6/5/2025, at 204 U.S. Courthouse, 501 West Tenth Street, Fort Worth, Texas, or by WebEx at: https://us-courts.webex.com/meet/Morris,  Meeting ID: 2309 445 3213 (for Telephone Dial-In 1-650-479-3207), with the hearing on the matter immediately following the conclusion of the docket call.**

**YOU DO NOT HAVE TO ATTEND THE COURT HEARING UNLESS YOU OPPOSE DISMISSAL OF THE CASE. ALL PAYMENTS DUE PRIOR TO THE HEARING MUST BE PAID CURRENT BY THE HEARING IN ORDER FOR THE TRUSTEE TO WITHDRAW THIS MOTION TO DISMISS.**

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing Trustee's "Motion to Dismiss with Certificate of Service and Notice of Court Hearing Thereon" was served on the parties listed below in the manner listed below on or before May 02, 2025.

/s/ Tim Truman
_____

Tim Truman, Trustee/State Bar # 20258000


**BY FIRST CLASS MAIL:**
KORTO NYEMADAH HARE,  3524 PALADIN PL,  FORT WORTH, TX  76137

**ELECTRONIC SERVICE:**
WEGNER LAW PLLC, 9500 RAY WHITE RD #200, KELLER, TX  76244
MCCARTHY AND HOLTHUS, 1255 W 15TH ST #1060, PLANO, TX  75075
LINEBARGER GOGGAN BLAIR & SAMPSON LLP, 3500 MAPLE AVE #800, DALLAS, TX  75219
United States Trustee, 1100 COMMERCE STREET, ROOM 976, DALLAS, TX  75242